AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

BRIAN V. CLARK
4810 Shallow Farm Road
Kennesaw, Georgia

**WARRANT FOR ARREST**

Case Number:  3:06cr30-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Brian V. Clark_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)
Gun controll act

in violation of Title ___18___ United States Code, Section(s) ___922(g)(3) and 922(g)(1)___

__DEBRA P. HACKETT__
Name of Issuing Officer

__Clerk, U. S. District Court__
Title of Issuing Officer

Signature of Issuing Officer

__January 25, 2006 - Montgomery, Alabama__
Date and Location

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |