IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. 3:06-cr-030-A |
| BRIAN CLARK | ) |
| | ) |

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Brian V. Clark_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 _and the U.S. [District]_ et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL. _through to October 2006._

_4/25/06_
DATE

x _[signature]_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT