| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE               DATE: April 25, 2006
❐ BOND HEARING
❐ DETENTION HEARING               Digital Recording   11:05 - 11:15
❐ PRELIMINARY (EXAMINATION)(HEARING)
❐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

PRESIDING MAG. JUDGE: Susan Russ Walker      DEPUTY CLERK: Joyce Taylor

CASE NO. 3:06cr30-WHA                        DEFENDANT NAME: Brian V. Clark

AUSA: Verne Speirs                           DEFT. ATTY: Christine Freeman

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

USPO/USPTS: Tamara Martin

Interpreter needed: ( √ ) NO; (   )YES   Name:

---

| | |
|---|---|
| ❐ | Date of Arrest or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐set for |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered. Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody. (Detention Hearing held in Northern District of Georgia) |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❐Set for       DISCOVERY DISCLOSURE DATE:   4/25/06 |
| √ | WAIVER of Speedy Trial.  CRIMINAL TERM: October 16, 2006 |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |