IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *    CASE NO. : 3:06-CR-030-A |
| VS. | * |
| | * |
| BRIAN V. CLARK, | * |

## NOTICE OF APPEARANCE

Comes now Malcolm R. Newman and enters his appearance on behalf of Defendant, Brian V. Clark.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Defendant
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

/s/ Malcolm R. Newman
Malcolm R. Newman, Esq.