IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. NO. 3:06cr030-WHA |
| | ) |
| BRIAN V. CLARK | ) |

## **ORDER**

Due to a change in the court's calendar, the trial of this case, previously scheduled for October 16, 2006, is RESCHEDULED to a term commencing Tuesday, October 24, 2006, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE