IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-CR-30-WHA |
| | ) | |
| BRIAN V. CLARK | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner filed on May 11, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Brian V. Clark to Theron Jackson, ATF, and/or Keith Jordan, Lee County Sheriff's Office, and/or Joe Herman, ABI, on May 15, 2006, through August 15, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Theron Jackson, ATF, and/or Keith Jordan, Lee County Sheriff's Office, and/or Joe Herman, ABI, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of May, 2006.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE