| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** May 15, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:09 - 3:10 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr30-WHA | **DEFENDANT(S)** Brian V. Clark |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Malcolm Newman |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   90% chance of plea
   Plea notice to be filed on or before noon on October 11, 2006

☐ **TRIAL STATUS**
   Trial time - 1 - 1½ days

☐ **REMARKS:**