IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * <br> * <br> *CASE NO. : 3:06-CR-030-WHA |
| **VS.** | * <br> * |
| **BRIAN V. CLARK,** | * |

## MOTION TO RE-SCHEDULE

Comes now Counsel for the Defendant, Brian Clark, and informs the Court that the trial in <u>USA v. Canady</u>, 3:06-cr-30-WHA wherein Counsel represents Demetrius Hawkins has been set for September 25, 2006 which conflicts with the Pre-trial Hearing presently set for 3pm that same date. Counsel requests this Court to re-set the Hearing for 5pm or thereafter to resolve this conflict.

        Malcolm R. Newman

        /s/Malcolm R. Newman
        Malcolm R. Newman (NEW017)
        Attorney for Defendant
        P.O. Box 6137
        Dothan, Alabama 36302
        (334) 792-2132
        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leura G. Canary, Esq.
Post Office Box 197
Montgomery, Alabama 36101

Verne H. Speirs, Esq.
One Court Square, Suite 201
P.O. Box 197
Montgomery, Alabama 36101-0197

/s/ Malcolm R. Newman
Malcolm R. Newman