IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:06cr030-WHA |
| ) | |
| BRIAN V. CLARK ) | |

### ORDER ON MOTION

Upon consideration of defendant's motion to re-schedule (Doc. # 21), filed September 18, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial conference in this matter is rescheduled from September 25, 2006 to **8:30 a.m. on September 26, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.**

DONE, this 19th day of September, 2006.

/s/ Susan Russ Walker
**SUSAN RUSS WALKER**
**UNITED STATES MAGISTRATE JUDGE**