**COURTROOM DEPUTY'S MINUTES**     **DATE:** September 26, 2006

**MIDDLE DISTRICT OF ALABAMA**     **Digital Recording:** 8:28 0 8:29

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 3:06cr30-WHA     **DEFENDANT(S)** Brian V. Clark

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Malcolm Newman |

❏ **DISCOVERY STATUS:**
   Complete

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Probable plea
   Notice of intent to change plea to be file on or before noon on October 11, 2006

❏ **TRIAL STATUS**
   Trial time 1 - 1 ½ days

❏ **REMARKS:**