## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | *CASE NO.: 3:06-CR-030-A |
| **VS.** | * |
| | * |
| **BRIAN V. CLARK,** | * |

## NOTICE OF INTENT TO WITHDRAW
## NOT GUILTY PLEA AND ENTER PLEA
## PERSUANT TO RULE 11 (c)(1)(a)

     Comes now the Defendant pursuant to Rule 11 (c)(1)(a) and hereby serves Notice that he withdraws his previous plea of "Not Guilty" and makes known to this Court that he has reached an Agreement with the Government to resolve this case short of a trial.

 

Malcolm R. Newman, Attorney, P.C.
/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Defendant
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 09, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leura G. Canary
Post Office Box 197
Montgomery, Alabama 36101

Louis V. Franklin, Sr.
Post Office Box 197
Montgomery, Alabama 36101

Verne H. Speirs
Post Office Box 197
Montgomery, Alabama 36101

/s/ Malcolm R. Newman
Malcolm R. Newman, Esq.