| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 17, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 8:42 - 9:02 | |
| | COURT REPORTER: Jimmy Dickens | |

☐ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr30-WHA   **DEFENDANT NAME:** Brian V. Clark
**AUSA:** Verne Speirs   **DEFENDANT ATTORNEY:** Malcolm Newman

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ **Not Guilty**
√ **Guilty as to:**
   √ **Count(s):** 2
   √ **Count(s):** 1   ☐ dismissed on oral motion of USA
                √ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 2 of the **Indictment.**
☐ **CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
                **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel