# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | January 4, 2007 | AT: | 11:28 a.m. |
| DATE COMPLETED: | January 4, 2007 | AT: | 11:34 a.m. |

UNITED STATES OF AMERICA        )
                                )
vs.                             )   CR. No. 3:06cr030-WHA
                                )
BRIAN V. CLARK                  )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Verne Speirs | Malcolm R. Newman |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

## COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Court orally GRANTS the Motion for Downward Departure (Doc. #31).
Court orally GRANTS Government's Motion for Forfeiture of Property (Doc. #29) and states an order will be signed and filed.
Sentence is stated.
No objection to the statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right of appeal.
Government orally moves to dismiss Count 1 of the Indictment.
Court orally GRANTS the motion, and Count 1 of the Indictment is DISMISSED.
Defendant is recommitted to the custody of the U. S. Marshal.